Lawrence Wong SBN 80852
Edward Hung SBN 221232
WONG & ASSOCIATES
413 Third Street
Oakland, CA 94607
Telephone: (510) 451-2124
Facsimile: (510) 451-2448

Attorneys for Defendants
ERIC CHAN d/b/a LCTECH and
RUHUI LI d/b/a/ LCTECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CHAN, d/b/a LCTECH, an individual; RUHUI LI, d/b/a LCTECH, an individual; and JOHN DOES 1-5,<br><br>Defendants. | Case No. C 07-1838 CRB<br><br>**STIPULATION TO EXTEND THE TIME TO FILE DEFENDANTS' ANSWER** |

The Undersigned parties, by their respective attorneys of record, HEREBY STIPULATE to extend the date for Defendants ERIC CHAN d/b/a LCTECH and RUHUI LI d/b/a LCTECH (hereinafter "Defendants") to file their answers to Tuesday, June 5, 2007.

**SO STIPULATED**

///

///

1

Stipulation to Extend Time to File Answer
C 07-1838 CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 29, 2007 | WONG & ASSOCIATES |
| 3 | | */s/ Edward Hung/* |
| 4 | | Edward Hung<br>Attorneys for Defendants ERIC CHAN |
| 5 | | and RUHUI LI |
| 6 | | |
| 7 | Dated: May 29, 2007 | Perkins Coie LLP |
| 8 | | */s/ E. Bandyopadhyay/* |
| 9 | | Esha Bandyopadhyay<br>Attorney for Plaintiff MICROSOFT |

**IT IS SO ORDERED**

*/s/ Judge Charles R. Breyer/*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 4, 2007

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

2

Stipulation to Extend Time to File Answer
C 07-1838 CRB