1  Paul J. Andre (Bar No. 196585)
   Esha Bandyopadhyay (Bar No. 212249)
2  Perkins Coe LLP
   101 Jefferson Drive
3  Menlo Park, California 94025-1114
   Phone: (650) 838-4370
4  Fax: (650) 838-4350
   Email: pandre@perkinscoie.com
5         Bande@perkinscoie.com

6  John H. Jamnback (*pro hac vice*)
   Sima F. Sarrafan (*pro hac vice*)
7  Yarmuth Wilsdon Calfo PLLC
   925 Fourth Avenue, Suite 2500
8  Seattle, Washington 98104
   Phone (206) 516-3800
9  Fax: (206) 516-3888
   Email: jjamnback@yarmuth.com
10         ssarrafan@yarmuth.com

11 Attorneys for Plaintiff Microsoft

12

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14

15 | MICROSOFT CORPORATION, a
   | Washington corporation,              No. 03:07-cv-01838-CRB
16 |
   |     Plaintiff,                       [PROPOSED] ORDER GRANTING
17 |                                      STIPULATED REQUEST FOR
   |   v.                                 ORDER CHANGING TIME
18 |
   | ERIC CHAN, d/b/a LCTECH, an
19 | individual; RUHUI LI, d/b/a LCTECH, an
   | individual; and JOHN DOES 1-5,
20 |
   |     Defendants.
21

22                              **ORDER**

23        The Court, having considered the Stipulated Request for Order Changing Time and

24 Declaration of Sima F. Sarrafan in Support of Stipulated Request for Order Changing Time,

25 finds good cause and grants the parties' request. The mediation deadline of September 28,

26

[PROPOSED] ORDER GRANTING
STIPULATED REQUEST FOR ORDER        YARMUTH WILSDON CALFO PLLC
CHANGING TIME – NO. 03:07-cv-01838-CRB –   FOURTH & MADISON
Page 1                              925 FOURTH AVENUE, SUITE 2500
                                    SEATTLE WASHINGTON 98104
                                    T 206.516.3800  F 206.516.3888

2007 shall be extended to __October 4__, 2007 and the case management conference of September 21, 2007 may be continued to no later than __October 19__, 2007 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __12th__ day of September, 2007.

_____
Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Presented by:

PERKINS COIE LLP

By: ___/s/ Esha Bandyopadhyay___
    Paul J. Andre (Bar No. 196585)
    pandre@perkinscoie.com
    Esha Bandyopadhyay (Bar No. 212249)
    bande@perkinscoie.com
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350


YARMUTH WILSDON CALFO PLLC

By: ___/s/ Sima F. Sarrafan___
    John H. Jamnback (*pro hac vice*)
    jjamnback@yarmuth.com
    Sima F. Sarrafan (*pro hac vice*)
    ssarrafan@yarmuth.com
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
**MICROSOFT CORPORATION**

WONG & ASS[OCIATES]

By: ___/s/ Ed[ward Hung]___
    Edward Hung (Bar No. [2]52)
    Edward.Hung@sbcglobal.net
    Lawrence Wong (Bar No. 80852)
    daniel.li@gmail.com
Jack London Square
413 Third Street
Oakland, CA 94607
Phone: (510) 451-2124
Fax: (510) 451-2448

Attorneys for Defendants **ERIC CHAN and RUHUI LI**

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME – NO. 03:07-cv-01838-CRB – Page 2

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888