James Cai (State Bar No. 200189)
Paul D. Hunt (State Bar No. 111649)
SCHEIN & CAI, LLP
100 Century Center Court, Suite 315
San Jose, California 95112-4535
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendant
ERIC CHAN and RUHUI LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CHAN, d/b/a LCTECH, an individual; RUIHUI LI, d/b/a LCTECH, an individual; and JOHN DOES 1-5,<br><br>Defendants. | CASE NO. 3:07-cv-01838-CRB<br><br>SUBSTITUTION OF ATTORNEYS |

ERIC CHAN and RUHUI LI, Defendants in the above-captioned Proceeding, hereby substitute James Cai and Paul D. Hunt of SCHEIN & CAI LLP as their attorney of record herein, in place and instead of attorneys Edward Hung and Lawrence Wong.

I hereby consent to the above substitution

Dated: October 11th, 2007

_____
ERIC CHAN

///
///
///

— 1 —

I hereby consent to the above substitution

Dated: October 10, 2007

_____
RUHUI LI

I hereby consent to the above substitution

Dated: October 10, 2007

_____
James Cai
SCHEIN & CAI LLP

I hereby consent to the above substitution.

Dated: October 12, 2007

_____
Edward Hung
WONG & ASSOCIATES

I hereby consent to the above substitution.

Dated: October 12, 2007

_____
Lawrence Wong
WONG & ASSOCIATES

October 17, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

I am employed by the law offices of Schein & Cai LLP, and my business address is 100 Century Center Court, Suite 315, San Jose, CA 95112. I am over the age of 18 years and I am not a party to the cause.

On October 16, 2007 at the law offices of Schein & Cai LLP, I caused the following documents to be served:

SUBSTITUTION OF ATTORNEY

Service by mail: I caused the documents to be served by depositing the documents in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage paid, addressed to the person on whom was served, at the office address as last given by that person on any document filed in the cause and served on the party making service by mail.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

Paul J. Andre, Esq.  
Perkins Coie LLP  
101 Jefferson Drive  
Menlo Park, California 94025-1114

Scott T. Wilsdon, Esq.  
Yarmuth Wilsdon Calfo PLLC  
925 Fourth Ave., Suite 2500  
Seattle, Washington 98104

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: October 16, 2007

Erick Covarrubias

Schein & Cai, LLP  
San Jose, Califor-

– 1 –  
PROOF OF SERVICE