```
 1  Paul J. Andre (Bar No. 196585)
    Esha Bandyopadhyay (Bar No. 212249)
 2  Perkins Coe LLP
    101 Jefferson Drive
 3  Menlo Park, California 94025-1114
    Phone: (650) 838-4370
 4  Fax: (650) 838-4350
    Email: pandre@perkinscoie.com
 5         ebandyopadhyay@perkinscoie.com

 6  John H. Jamnback (pro hac vice)
    Sima F. Sarrafan (pro hac vice)
 7  Yarmuth Wilsdon Calfo PLLC
    925 Fourth Avenue, Suite 2500
 8  Seattle, Washington 98104
    Phone (206) 516-3800
 9  Fax: (206) 516-3888
    Email:  jjamnback@yarmuth.com
10          ssarrafan@yarmuth.com

11  Attorneys for Plaintiff Microsoft
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>ERIC CHAN, d/b/a LCTECH, an individual; RUHUI LI, d/b/a LCTECH, an individual; and JOHN DOES 1-5,<br><br>        Defendants. | No. 03:07-cv-01838-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |

## **ORDER**

The Court, having considered the Stipulated Request for Order Changing Time and Declaration of Sima F. Sarrafan in Support of Stipulated Request for Order Changing Time,

[PROPOSED] ORDER GRANTING
STIPULATED REQUEST FOR ORDER
CHANGING TIME – NO. 03:07-cv-01838-CRB –
Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1  finds good cause and grants the parties' request.  The case management conference of
2  December 14, 2007 may be continued to no later than ____January 25_____, 2008.
3        PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5  DATED this __10th__ day of December, 2007.
6
7  _____
8  Honorable Charles R. Breyer

   *IT IS SO ORDERED*
   *Judge Charles R. Breyer*

9  Presented by:
10 PERKINS COIE LLP                                    SCHEIN & CAI LLP
11 By:  /s/ Esha Bandyopadhyay                         By:  /s/ James Cai
12     Paul J. Andre (Bar No. 196585)                       James Cai (Bar No. 200189)
       pandre@perkinscoie.com                                jcai@sacattorneys.com
13     Esha Bandyopadhyay (Bar No. 212249)             Schein & Cai LLP
       bande@perkinscoie.com                            100 Century Center Court, Suite 315
14 101 Jefferson Drive                                  San Jose, CA 95112
   Menlo Park, California 94025-1114                    Phone: 408-436-0789
15 Phone: (650) 838-4370                                Fax:  408-436-0758
16 Fax: (650) 838-4350
                                                        Attorneys for Defendants **ERIC CHAN and RUHUI LI**
17
18 YARMUTH WILSDON CALFO PLLC
19 By:  /s/ Sima F. Sarrafan
20     John H. Jamnback (*pro hac vice*)
       jjamnback@yarmuth.com
21     Sima F. Sarrafan (*pro hac vice*)
       ssarrafan@yarmuth.com
22 925 Fourth Avenue, Suite 2500
   Seattle, Washington 98104
23 Phone: (206) 516-3800
   Fax: (206) 516-3888
24
25 Attorneys for Plaintiff
   **MICROSOFT CORPORATION**
26

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME – NO. 03:07-cv-01838-CRB – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888