Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coe LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
    Bande@perkinscoie.com

John H. Jamnback (*pro hac vice*)
Sima F. Sarrafan (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 516-3800
Fax: (206) 516-3888
Email: jjamnback@yarmuth.com
    ssarrafan@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CHAN, d/b/a LCTECH, an individual; RUHUI LI, d/b/a LCTECH, an individual; and JOHN DOES 1-5,<br><br>Defendants. | No. 03:07-cv-01838-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR TELEPHONIC CASE MANAGEMENT CONFERENCE |

**ORDER**

The Court, having considered the Stipulated Motion for Telephonic Case Management Conference, and the Declaration of Sima F. Sarrafan in Support of Stipulated Motion for Telephonic Case Management Conference, finds good cause and grants the

[PROPOSED] ORDER GRANTING MOTION
FOR STIPULATED TELEPHONIC CASE
MANAGEMENT CONFERENCE
NO. 03:07-cv-01838-CRB – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

parties' request. The case management conference scheduled for January 25, 2008 at 8:30 a.m. will be conducted telephonically.

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __18th__ day of January, 2008.

**IT IS SO ORDERED**
Judge Charles R. Breyer

Presented by:

PERKINS COIE LLP

By: __/s/ Esha Bandyopadhyay__
    Paul J. Andre (Bar No. 196585)
    pandre@perkinscoie.com
    Esha Bandyopadhyay (Bar No. 212249)
    bande@perkinscoie.com
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350

YARMUTH WILSDON CALFO PLLC

By: __/s/ Sima F. Sarrafan__
    John H. Jamnback (*pro hac vice*)
    jjamnback@yarmuth.com
    Sima F. Sarrafan (*pro hac vice*)
    ssarrafan@yarmuth.com
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
**MICROSOFT CORPORATION**

SCHEIN

By: __/s/ James Cai__
    James Cai (Bar No. 200189)
    jcai@sacattorneys.com
Schein & Cai LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Phone: 408-436-0789
Fax: 408-436-0758

Attorneys for Defendants **ERIC CHAN and RUHUI LI**

[PROPOSED] ORDER GRANTING MOTION
FOR STIPULATED TELEPHONIC CASE
MANAGEMENT CONFERENCE
NO. 03:07-cv-01838-CRB – Page 2

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888