Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       Bande@perkinscoie.com

John H. Jamnback (*pro hac vice*)
Sima F. Sarrafan (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 516-3800
Fax: (206) 516-3888
Email: jjamnback@yarmuth.com
       ssarrafan@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CHAN, d/b/a LCTECH, an individual; RUHUI LI, d/b/a LCTECH, an individual; and JOHN DOES 1-5,<br><br>Defendants. | No. 03:07-cv-01838-CRB<br><br>[~~PROPOSED~~] ORDER CONFIRMING DATES PREVIOUSLY SET BY COURT |

## **ORDER**

The Court, having considered the Stipulated Motion Confirming Dates Previously Set by the Court, and the Parties' Stipulation in Support of Stipulated Motion Confirming Dates Previously Set by the Court, finds good cause and grants the parties' request and confirms by this Order the following dates:

[PROPOSED] ORDER CONFIRMING DATES
PREVIOUSLY SET BY COURT
NO. 03:07-cv-01838-CRB – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

| | | | |
|---|---|---|---|
| 1 | a. | Plaintiff's expert disclosures: | October 29, 2007 |
| 2 | b. | Deadline to add additional parties: | November 14, 2007 |
| 3 | c. | Defendants' expert disclosures: | November 29, 2007 |
| 4 | d. | Discovery cut-off: | February 29, 2008 |
| 5 | e. | Dispositive Motions Deadline: | April 4, 2008 |
| 6 | f. | Pre-Trial Conference: | July 3, 2008 |
| 7 | g. | Trial Date: | July 7, 2008 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __1st__ day of February, 2008.

_____
Honorable Charles R. Breyer

**IT IS SO ORDERED**
Judge Charles R. Breyer

Presented by:

PERKINS COIE LLP

By: __/s/ Esha Bandyopadhyay__
   Paul J. Andre (Bar No. 196585)
   pandre@perkinscoie.com
   Esha Bandyopadhyay (Bar No. 212249)
   bande@perkinscoie.com
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350

YARMUTH WILSDON CALFO PLLC

By: __/s/ Sima F. Sarrafan__
   John H. Jamnback (*pro hac vice*)
   jjamnback@yarmuth.com
   Sima F. Sarrafan (*pro hac vice*)
   ssarrafan@yarmuth.com
925 Fourth Avenue, Suite 2500

SCHEIN & CAI LLP

By: __/s/ James Cai__ (Bar No. 200189)
   jcai@sacattorneys.com
Schein & Cai LLP
100 Century Center Court, Suite 315
San Jose, CA 95112
Phone: 408-436-0789
Fax: 408-436-0758

Attorneys for Defendants **ERIC CHAN and RUHUI LI**

[PROPOSED] ORDER CONFIRMING DATES
PREVIOUSLY SET BY COURT
NO. 03:07-cv-01838-CRB – Page 2

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888