IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORP,                                                   No. C07-01838 CRB

        Plaintiff,                                           **ORDER**

  v.

ERIC CHAN, et al.

        Defendant.

Upon representation of a Notice of Chapter 7 Bankruptcy filing by the parties Eric Chan and Ru-Hui Li and GOOD CAUSE APPEARING THEREFOR:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

    **IT IS SO ORDERED.**

Dated: March 26, 2008                                                                                                                                        CHARLES R. BREYER
                                                                                                            UNITED STATES DISTRICT JUDGE